Alejandro **BARRIO–MENDOZA,**
Petitioner,

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE,** Respondent.

No. 23200.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1966.

Joseph J. Rey, El Paso, Tex., for petitioner.

John C. Ciolino, Asst. U. S. Atty., New Orleans, La., Paul Nejelski, Atty., Dept. of Justice, Washington, D. C., Louis C. Lacour, U. S. Atty., Eastern Dist. of Louisiana, New Orleans, La., Maurice A. Roberts Atty., Dept. of Justice, Washington, D. C., of counsel, for respondent.

Before JONES and DYER, Circuit Judges, and SPEARS, District Judge.

PER CURIAM.

A review of the entire record discloses that there is substantial evidence in support of the administrative decision, and that the record is free from prejudicial error. No abuse of discretion is made to appear. The administrative order of deportation is

Affirmed.

---

**Margaret Christmas LAFARGUE** and
**Alexander Lafargue,** Appellants,

v.

**Dr. Ernest C. SAMUEL** et al., Appellees.

No. 23034.

United States Court of Appeals
Fifth Circuit.

Oct. 24, 1966.

Rehearing Denied Nov. 28, 1966.

John D. Lambert, Jr., Harry Nowalsky, New Orleans, La., Robert B. Adam, Gulfport, Miss., and Coe, Nowalsky & Lambert, New Orleans, La., for appellants.

Rae Bryant, Gulfport, Miss., James N. Drury, Drury & Lozes, New Orleans, La., Thomas L. Stennis, II, Gulfport, Miss., for appellees.

Before JONES, COLEMAN and AINSWORTH, Circuit Judges.

PER CURIAM.

In this appeal, where jurisdiction depends upon diversity of citizenship, the controlling principle is announced in Succession of Roux v. Guidry, decided by the Court of Appeal of Louisiana and reported in 182 So.2d 109. The rule there announced requires that the judgment of the district court be, and it is

Affirmed.